UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-62367

LUIS SIERRA,

     Plaintiff,

vs.

SURF CAPITAL, LLC,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Plaintiff, LUIS SIERRA, by and through his undersigned counsel, hereby voluntarily dismisses the Defendant, SURF CAPITAL, LLC, from the above referenced action with prejudice.

     Submitted on this 13th day of December, 2016.

                          */s/ Jessica L. Kerr*_____
                          Jessica L. Kerr, Esquire
                          Florida Bar No. 92810
                          **J & M ADVOCACY GROUP, LLC**
                          4651 Sheridan Street, Suite 301
                          Hollywood, FL 33021
                          Telephone: (954) 962-1166
                          Facsimile: (954) 962-1779
                          Email: service@jmadvocacygroup.com
                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 13th day of December, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                    Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810