UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62367-CIV-DIMITROULEAS

LUIS SIERRA,

    Plaintiff,

v.

SURF CAPITAL, LLC

    Defendant.
_____/

### ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice") [DE 16], filed herein on December 13, 2016. The Court has considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Notice [DE 16] is hereby **APPROVED;**

2. This action is hereby **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of December, 2016.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

1